IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
Thomas Clark and Karen M. Clark

Civil Case #1:16-cv-02642-RLY-TAB

**NOTICE OF SUGGESTION OF DEATH**

Pursuant to Rule 25(A)(1) of the Federal Rules of Civil Procedure, the undesigned counsel notifies this Honorable Court of the death of Thomas Clark.

Respectfully submitted

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
WILLIAMS LAW GROUP, LLC
1101 N. Delaware Street, Suite 200
Indianapolis, IN  46202
(317) 633-5270 / Fax: (317) 426-3348
joe@williamsgroup.law

**Certificate of Service**

I hereby certify that on September 29, 2025, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams